# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| In Re: | Case No. 18-22929 |
| Meta R. Green | Chapter 13 |
| Debtor. | Judge Kent Lindquist |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Indiana, and enters an appearance on behalf of US Bank Trust National Association as Trustee of Cabana Series III Trust, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I certify that on January 31, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Lori D. Fisher, Debtor's Counsel ldf_law@att.net

    Paul R. Chael, Trustee aimee@pchael13.com

    Office of the U.S. Trustee USTPRegion10.SO.ECF@usdoj.gov

I further certify that on January 31, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Meta R. Green, Debtor
    4117 Walsh Ave.
    East Chicago, IL 46312

                                  /s/ Molly Slutsky Simons
                                  Molly Slutsky Simons (OH 0083702)
                                  Attorney for Creditor