UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: | Case No. 18-22929 |
| Meta R. Green | Chapter 13 |
| Debtor. | Judge Kent Lindquist |

### OBJECTION TO CHAPTER 13 PLAN

US Bank Trust National Association as Trustee of Cabana Series III Trust ("Creditor"), by and through their undersigned counsel, hereby objects to the Debtor's Chapter 13 Plan filed in the above referenced case. Creditor holds a secured interest in the Real Estate located at 1216 W 143rd St, East Chicago, IN 46312-2608. Creditor filed a Proof of Claim on January 9, 2019, claim #13-1, listing a secured total of $62,580.74. The Chapter 13 Plan currently lists the claim to be paid at value of $40,000.00 at 5.00% interest for an estimated monthly payment total of $57,853.80. Creditor believes that Debtor has undervalued the property in question.

The Chapter 13 Plan does not adequately protect the Creditor's interest in said Property and should be denied confirmation.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that on January 31, 2019, a copy of the foregoing Objection was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Lori D. Fisher, Debtor's Counsel ldf_law@att.net

    Paul R. Chael, Trustee aimee@pchael13.com

    Office of the U.S. Trustee USTPRegion10.SO.ECF@usdoj.gov

I further certify that on January 31, 2019, a copy of the foregoing Objection was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Meta R. Green, Debtor
    4117 Walsh Ave.
    East Chicago, IL 46312

                                              /s/ Molly Slutsky Simons
                                              Molly Slutsky Simons (OH 0083702)
                                              Attorney for Creditor