IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| IN RE: | CASE NO. 18-22929-kl |
|---|---|
| META R. GREEN | CHAPTER 13 |
| Debtor(s) | JUDGE KENT LINDQUIST |

**JOINT MOTION FOR TELEPHONIC APPEARANCE FOR PRE HEARING CONFERENCE ON OBJECTION TO CHAPTER 13 PLAN, doc. 41**

Comes now counsel for Creditor, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, ("Creditor") and Counsel for Debtor Meta R. Green, ("Debtor"), Lori D. Fisher, ("Counsel") and respectfully requests the Court for Telephonic Appearance on Pre Hearing Conference on Objection to Chapter 13 Plan, doc. 41, set for hearing at 10:30 A.M. on April 30, 2019.

Respectfully submitted,

/s/ Steven H. Patterson

Steven H. Patterson
Attorney for Movant
Reisenfeld & Associates LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: inbk@rslegal.com

/s/ Lori D. Fisher

Lori D. Fisher
Attorney for Debtor
2621 Chicago St., Unit B
Valparaiso, IN 46383
voice: (219) 769-0783
e-mail: lfisherlaw@att.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Telephonic Appearance has been served this 24th day of April, 2019 by regular U.S. Mail, postage prepaid, or by electronic e-file upon the following:

**Electronically via ECF Mail:**

Lori D. Fisher(KW), Debtor`s Counsel
lfisherlaw@att.net

Paul R. Chael, Bankruptcy Trustee
aimee@pchael13.com

U.S. Trustee
(Registered Address)@usdoj.gov

**Via Regular U.S. Mail:**

Meta R. Green, Debtor
4117 Walsh Ave.
East Chicago, IN 46312


/s/ Steven H. Patterson
Steven H. Patterson